JOHN D. LUECK
Bar Number: 071746
Law Offices of John D. Lueck, Inc.
8034 Haven Ave., Ste. A
Rancho Cucamonga, CA 91730
(909) 484-1963

Attorney for Defendant, JEFFREY PUGLISI

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 5:11-cr-00471 DLJ |
| **Plaintiff,** | STIPULATION FOR OUT OF DISTRICT TRAVEL, AND FOR TRAVEL OUTSIDE THE UNITED STATES, AND [PROPOSED] ORDER |
| **JEFFREY PUGLISI, et al,** | |
| **Defendants**. | |

    Upon the request of the defendant, JEFFREY PUGLISI, by and through defendant's counsel of record, JOHN D. LUECK, and upon agreement of the United States and Pre-Trial Services, and good cause appearing because he wishes to participate in a long planned family cruise/ trip on the following terms.

    Defendant shall be allowed to travel to the Southern District of Florida, from Sunday, February 16, 2013 through Sunday, February 24, 2013. He shall be permitted to travel to Fort Lauderdale, Florida, Nassau, Bahamas, Charlotte Amalie, St. Thomas, Philipsburg, St. Maarten, Labadee, Haiti, Falmouth, Jamaica, and possibly Cozumel, Mexico. Pre-Trial Services shall impose any reasonable conditions upon defendant while he is staying in the Southern District of Florida and out side of the United States in their discretion. Pretrial services shall return defendant's pass port on or before January 15, 2013. Defendant shall surrender his pass port to Pre-Trial Services, immediately upon his return. Defendant shall use the pass port for no other purpose than the travel specifically identified herein.

DEFENDANT JEFFREY PUGLISI APPLICATION TO PERMIT TRAVEL

Defendant shall in advance, advise Pretrial Services of his travel plans and Pretrial Services may set reasonable conditions on defendant's travel in their discretion.

SO STIPULATED

Dated: October 15, 2012  _____/s/_____
JOHN D. LUECK, attorney for JEFFREY PUGLISI

SO STIPULATED

Dated: : October  , 2012  _____
HANLEY CHEW, Assistant United States Attorney

Upon application of Defendant, JEFFREY PUGLISI, and good cause appearing, defendant may travel on the terms set forth herein.

**IT IS SO ORDERED**.

Dated: October 39, 2012  _____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge
[~~PROPOSED~~]