Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
95 S. Market Street, Suite 300
San Jose, California 95113
(650) 319-5554 telephone
(415)-874-7082 facsimile
whelanlaw@gmail.com

Attorney for Defendant CHRISTOPHER COOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA | Case No.CR-11-00471-DLJ |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND TRAVEL ORDER |
| CHRISTOPHER COOPER, | |
| Defendant. | |

The above-captioned parties, by and through their attorneys, stipulate as follows:

The defendant CHRISTOPHER COOPER shall be and hereby is allowed to travel outside the Southern District of Alabama to Gadsden, Alabama, and Boaz, Alabama where he will stay at the home of his Grandmother, Jackie Barron, at 700 Holly Ave F1, Gadsden, AL 35901 for a period of between 2-3 days, during which time he will attend the wake and funeral and related family visits to commemorate (what is now imminent) the passing of his great grandmother, Inez Quarles. Once Mr. Cooper learns of Ms. Quarles passing, and the precise timing of services, he shall notify U.S. Pretrial Services of all details.

U.S. Pretrial Services Officer Anthony Granados has approved the terms and conditions of this stipulation and proposed order.

IT IS SO STIPULATED.

        MELINDA HAAG
        United States Attorney

Dated: November 5, 2012          /S/
        MATTHEW A. PARRELLA
        Assistant United States Attorney

Dated: November 5, 2012          /S/
        WM. MICHAEL WHELAN, JR.
        Attorney for defendant CHRIS COOPER

**ORDER**

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant CHRISTOPHER COOPER shall be and hereby is allowed to travel outside the Southern District of Alabama to Gadsden, Alabama, and Boaz, Alabama where he will stay at the home of his Grandmother, Jackie Barron, at 700 Holly Ave F1, Gadsden, AL 35901 for a period of between 2-3 days, during which time he will attend the wake and funeral and related family visits to commemorate (what is now imminent) the passing of his great grandmother, Inez Quarles. Once Mr. Cooper learns of Ms. Quarles passing, and the precise timing of services, he shall notify U.S. Pretrial Services of all details.

IT IS SO ORDERED.

DATED: November 6, 2012

THE HONORABLE PAUL S. GREWAL
U.S. DISTRICT COURT MAGISTRATE JUDGE