Thomas J. Nolan (SBN 48413)
Shira Kieval (SBN 269409)
Nolan, Armstrong & Barton, LLP
600 University Avenue
Palo Alto, Ca. 94301
Tel.  (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant Joshua Covelli


# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| UNITED STATES, | Case Nos. CR 11-00471 DLJ-PSG |
|---|---|
| Plaintiff, | CR 11-00683 DLJ-HRL |
| v. | **STIPULATION AND [] ORDER RE MAGISTRATE JURISDICTION IN MATTERS CR-11-00471 AND CR-11-00683** |
| JOSHUA COVELLI, | |
| Defendant. | Before:<br>Hon. District Court Judge D. Lowell Jensen<br>Hon. Magistrate Judge Paul S. Grewal<br>Hon. Magistrate Judge Howard R. Llyod |

    IT IS HEREBY STIPULATE AND AGREED between the prosecution through its

attorney, Assistant United States Attorney Hanley Chew, and defendant Joshua Covelli,

by and through undersigned counsel, as discussed at the bail review hearing held before

Magistrate Judge Paul S. Grewal on August 23, 2012, that, with consent of the Honorable

District Court Judge D. Lowell Jensen, and Honorable Magistrate Judges Paul S. Grewal

1

1  and Howard R. Lloyd, all issues in the above-listed matters that would ordinarily be heard

2  by a magistrate judge and all matters referred during the pendency of these cases to a

3  magistrate judge shall be heard by Magistrate Judge Grewal.  In both of the above-listed

4  matters, Magistrate Judge Grewall shall have jurisdiction over issues of pretrial release

5  and pretrial release conditions as set forth in 18 U.S.C. §3142.

6

7                                              Respectfully submitted,

8                                              NOLAN, ARMSTRONG & BARTON, LLP

9
   Dated:  August 30, 2012
10
                                              ___/s/_____
11                                            Thomas J. Nolan
                                              Shira Kieval
12                                            Attorneys for Defendant
                                              Joshua Covelli
13

14

15
   Dated:  August 30, 2012
16
                                              _____/s/_____
17                                            Hanley Chew
                                              Assistant United States Attorney
18

19

20

21

22

23

24

25

26

27
                                            2
28

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

UNITED STATES,

        Plaintiff,

        v.

JOSHUA COVELLI,

        Defendant.

Case No. CR 11-00471 DLJ-PSG
       CR:11-00683 DLJ-HRL

**[] ORDER RE MAGISTRATE JURISDICTION IN MATTERS CR-11-00471 AND CR-11-00683**

Before:
Hon. District Court Judge D. Lowell Jensen
Hon. Magistrate Judge Paul S. Grewal
Hon. Magistrate Judge Howard R. Llyod

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that all issues in the above-listed matters that would ordinarily be heard by a magistrate judge and all matters referred during the pendency of these cases to a magistrate judge shall be heard by Magistrate Judge Grewal. In both of the above-listed matters, Magistrate Judge Grewall shall have jurisdiction over issues of pretrial release and pretrial release conditions as set forth in 18 U.S.C. §3142.

Dated: September 4, 2012

_____
HON. D. Lowell Jensen
United States District Court Judge

Dated: Ù^] c^{ à^¦Â, 2012 Áá

_____
HON. Paul S. Grewal
United States Magistrate Judge

Dated: August _____, 2012

_____
HON. Howard R. Lloyd
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSHUA COVELLI,<br><br>             Defendant. | Case No. CR 11-00471 DLJ-PSG<br>           CR:11-00683 DLJ-HRL<br><br>[PROPOSED] ORDER RE<br>MAGISTRATE JURISDICTION IN<br>MATTERS CR-11-00471 AND CR-11-00683<br><br>Before:<br>Hon. District Court Judge D. Lowell Jensen<br>Hon. Magistrate Judge Paul S. Grewal<br>Hon. Magistrate Judge Howard R. Llyod |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that all issues in the above-listed matters that would ordinarily be heard by a magistrate judge and all matters referred during the pendency of these cases to a magistrate judge shall be heard by Magistrate Judge Grewal. In both of the above-listed matters, Magistrate Judge Grewall shall have jurisdiction over issues of pretrial release and pretrial release conditions as set forth in 18 U.S.C. §3142.

Dated: August _____, 2012

_____
HON. D. Lowell Jensen
United States District Court Judge

Dated: August _____, 2012

_____
HON. Paul S. Grewal
United States Magistrate Judge

Dated: ~~August~~ Sept 12, 2012

_____
HON. Howard R. Lloyd
United States Magistrate Judge