Graham Archer [SBN: 262464]
Law Office of Graham Archer
95 S. Market Street, Suite 300
San Jose, CA 95113
Ph: 408-596-9451
Fax: 408-596-5657
graham@garcher.com

Attorney for Defendant Ethan Miles

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| United States of America | **11-CR-00471-DLJ** |
|---|---|
| Plaintiff, | |
| vs. | **Stipulation, Request, and [] Order for Settlement Conference Referral** |
| Dennis Collins, et al. | |
| Defendants. | |

    The parties, the Government and all defendants in the above captioned matter, by and through their respective counsel, hereby stipulate and request a referral pursuant to Crim. L.R. 11-1(a) to United Stated Magistrate Judge Laurel Beeler for March 1, 2013 at 9:30am in Courtroom C at the San Francisco Courthouse.

    Counsel for Ethan Miles has spoken with Judge Beeler's courtroom clerk, who has reserved March 1st for a full day settlement conference in this matter.

Dated: __2/6/13_____

                            _____/s/_____
                            Matthew Parella
                            Assistant United States Attorney

|  | /s/ |
|---|---|
|  | Hanley Chew |
|  | Assistant United States Attorney |

        /s/
Hanley Chew
Assistant United States Attorney

        /s/
Graham Archer
Attorney for Ethan Miles

        /s/
Alexis Briggs
Attorney for Christopher Vo

        /s/
George Boisseau
Attorney for Drew Phillips

        /s/
Robert Carey
Attorney for James Murphy

        /s/
Stanley Cohen
Attorney for Mercedes Haefer

        /s/
Omar Figueroa
Attorney for Vincent Kershaw

        /s/
John Hamasaki
Attorney for Keith Downey

        /s/
Peter Leeming
Attorney for Dennis Collins

        /s/
John Lueck
Attorney for Jeffrey Puglisi

        /s/
Thomas Nolan
Attorney for Joshua Covelli

**STIPULATION AND REQUEST FOR REFERRAL TO SETTLEMENT CONFERENCE**

        /s/
Michelle Spencer
Attorney for Daniel Sullivan

        /s/
James McNair Thompson
Attorney for Tracy Valenzuela

        /s/
Ean Vizzi
Attorney for Donald Husband

        /s/
Wm Michael Whelan
Attorney for Christopher Cooper

**STIPULATION AND REQUEST FOR REFERRAL TO SETTLEMENT CONFERENCE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| United States of America | **11-CR-00471-DLJ** |
|---|---|
| Plaintiff, | |
| vs. | **[ ] Order for Settlement Conference Referral** |
| Dennis Collins, et al. | |
| Defendants. | |

Having received a stipulation and request for Referral to Settlement Conference pursuant to Crim L.R. 11-1(a), the Court hereby refers the above captioned matter and all parties to Magistrate Judge Laurel Beeler on March 1, 2013 at 9:30am for Settlement Conference. Pursuant to Crim L.R. 11-1(b), IT IS SO ORDERED.

Dated:

_____
Hon. D. Lowell Jensen
U.S. District Judge

**STIPULATION AND REQUEST FOR REFERRAL TO SETTLEMENT CONFERENCE**