MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 41241)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYBN 2040855)
HANLEY CHEW (CABN 189985)
Assistant United States Attorneys

150 Almaden Blvd., 9th Floor
San Jose, California 95113
Telephone: (408) 535-5042
FAX: (408) 535-5066
matthew.parrella@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 7/10/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00471-DLJ |
| Plaintiff, | **STIPULATION AND []** |
| | **ORDER CONTINUING STATUS** |
| v. | **CONFERENCE FROM JULY 25, 2013** |
| | **TO AUGUST 4; , 2013 AND** |
| DENNIS COLLINS, CHRISTOPHER WAYNE COOPER, JOSHUA JOHN COVELLI, KEITH WILSON DOWNEY, MERCEDES RENEE HAEFER, DONALD HUSBAND, VINCENT CHARLES KERSHAW, ETHAN MILES, JAMES C. MURPHY, DREW ALAN PHILLIPS, JEFFREY PUGLISI, DANIEL SULLIVAN, TRACY ANN VALENZUELA, AND CHRISTOPHER QUANG VO, | **EXCLUDING TIME FROM JULY 25, 2013 TO AUGUST 4; , 2013, FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| | No. CR-11-00683-DLJ |
| Defendants. | |

The parties hereby request that the Court enter this order vacating the status conference in this matter scheduled for July 25, 2013, setting a further status conference/potential change of

STIP. & [.] ORDER
NO. CR 11-00471-DLJ

plea hearing for August 4; , 2013, and excluding time from July 25, 2013 through August 4; , 2013. The parties, including the defendants, stipulate as follows:

1. Defendants understand and agree to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from July 25, 2013 through August 4; , 2013, based upon the need for the defense counsel to investigate further the facts of the present case. The government has provided considerable discovery in the present case, and defense counsel need time to review the discovery, evaluate further possible defenses and motions available to the defendant. Moreover, the parties are continuing to discuss a potential global disposition and need additional time to complete those discussions. A Further Settlement Conference is scheduled for July 10, 2013. The parties anticipate that additional settlement discussions may be necessary after the July 10, 2013 Conference.

2. The attorney for defendants join in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believe the exclusion of time is necessary for effective preparation of the defense; believe the exclusion is in the defendant's best interests; and further agree that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from July 25, 2013 through August 4; , 2013.

Given these circumstances, the parties believe, and request that the Court vacate the July 25, 2013 status conference, set August 4; , 2013 as a further status/potential change in plea hearing and find, that the ends of justice are served by excluding from calculations the period from July 25, 2013 through August 4; , 2013, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 7/3/13                           /s/
                                        PETER LEEMING

DATED: 7/3/13                           /s/
                                        W. MICHAEL WHELAN

DATED: 7/3/13                           /s/
                                        THOMAS NOLAN

STIP. & [.] ORDER
NO. CR 11-00471-DLJ

| | |
|---|---|
| DATED: 7/3/13 | /s/<br>JOHN M. HAMASAKI |
| DATED: 7/3/13 | /s/<br>STANLEY L. COHEN |
| DATED: 7/3/13 | /s/<br>EAN VIZZI |
| DATED: 7/3/13 | /s/<br>OMAR FIGUEROA |
| DATED: 7/3/13 | /s/<br>GRAHAM ARCHER |
| DATED: 7/3/13 | /s/<br>ROBERT CAREY |
| DATED:7/3/13 | /s/<br>GEORGE BOISSEAU |
| DATED:7/3/13 | /s/<br>JOHN D. LUECK |
| DATED:7/3/13 | /s/<br>MICHELLE SPENCE |
| DATED:7/3/13 | /s/<br>JAMES McNAIR THOMPSON |
| DATED: 7/3/13 | /s/<br>ALEXIS BRIGGS |
| DATED:7/3/13 | /s/<br>MATTHEW A. PARRELLA<br>HANLEY CHEW<br>Assistant United States Attorneys |

**[] ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from July 25, 2013 through August 4; , 2013 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and

STIP. & [.] ORDER
NO. CR 11-00471-DLJ

is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from July 25, 2013 through August 4;, 2013.

Accordingly, the Court further orders that (1) the status conference in this matter scheduled for July 25, 2013 is vacated; (2) a further status conference/potential change of plea hearing is scheduled for August 4;, 2013; and (3) the time from July 25, 2013 through August"4;, 2013 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 7/10/13

THE HONORABLE D. LOWELL JENSEN
United States District Court Judge

STIP. & [] ORDER
NO. CR 11-00471-DLJ